RECEIVED
MAY 0 1 2018
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Criminal No. 1:18-cr-023 |
| v. | ) |
| | ) **INDICTMENT** |
| | ) T. 18, U.S.C. § 2 |
| DEVON LEIGH MILLER, | ) T. 18, U.S.C. § 924(c)(1)(A) |
| | ) T. 18, U.S.C. § 924(d) |
| Defendant. | ) T. 28, U.S.C. § 2461(c) |
| | ) T. 21, U.S.C. §§ 841(a)(1), 841(b)(1)(C) |
| | ) |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Possession with Intent to Distribute a Controlled Substance)**

That on or about July 14, 2017, in the Southern District of Iowa, defendant DEVON LEIGH MILLER did knowingly and intentionally possess with intent to distribute a controlled substance, with said controlled substance being, Oxycodone, Adderall and Hydrocodone, Schedule II controlled substances.

This is a violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**
**(Possession of a Firearm In Furtherance of a Drug Trafficking Crime)**

On or about July 14, 2017, in the Southern District of Iowa, defendant, DEVON LEIGH MILLER,, did knowingly carry and use a firearm, that is, a Kimber 1911, .45 caliber semi-automatic handgun, serial number K300963, during and in relation to a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, to-wit: possession with

intent to distribute a controlled substance in violation of Title 21, United States Code, Section 841 as charged in Count 1.

This is a violation of Title 18, United States Code, Section 924(c)(1)(A).

**NOTICE OF FORFEITURE:**

Upon conviction for the offense alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), the firearm and ammunition involved in the commission of said offense, including, but not limited to, the firearm and ammunition identified in this Indictment.

**A TRUE BILL.**

_____
FOREPERSON

Marc Krickbaum
United States Attorney

By: _____
Richard E. Rothrock
Assistant United States Attorney