**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **Criminal No. 1:18-cr-023** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **DEFENDANT'S MOTION FOR** |
| | ) | **EXTENSION OF DEADLINE TO** |
| | ) | **FILE OBJECTIONS TO FIRST** |
| **DEVON MILLER,** | ) | **DRAFT PRESENTENCE REPORT** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

COMES NOW, the defendant by her counsel, and in support of her Motion for Extension of Deadline to file Objections to First Draft Presentence Report, states:

1. The First Draft of the Presentence Investigation Report was filed on November 30, 2018 by U.S. Probation.

2. The deadline for filing objections is December 14, 2018.

3. Counsel for the defendant needs additional time to review the report with the defendant, as the defendant is incarcerated in the Douglas County Jail on state charges.

4. Counsel for the defendant requests that the deadline for filing objections to the Presentence Report be extended for one week until December 21, 2018.

5. Counsel for the plaintiff, AUSA Richard Rothrock, has been contacted and has no objections to this extension of deadline request.   The probation officer, Anne Hogslo, has also been contacted and has no objections.

6. Sentencing in this matter is presently scheduled for February 27, 2019.

WHEREFORE, defendant by her counsel prays that the Court grant the motion for extension of deadline to file objections to the First Draft Presentence Report for one week until December 21, 2018.

　　　/s/ Michael L. Smart　　　
MICHAEL L. SMART
FEDERAL DEFENDER'S OFFICE
701 Pierce Street, Suite 400
Sioux City, IA 51101
Phone: (712) 352-0552
Alt Phone: (712) 252-4158
E-mail:Mike_Smart@fd.org

ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE
I hereby certify that on December 13, 2018, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.
　　　/s/ Annette Torgerson