IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 1:18-cr-023 |
| | ) | |
| v. | ) | GOVERNMENT'S RESPONSE TO |
| | ) | DEFENDANT'S SENTENCING |
| DEVON LEIGH MILLER, | ) | MEMORANDUM |
| | ) | |
| Defendant. | ) | |

Comes now the United States of America, plaintiff in the above-captioned matter, by and through the United States Attorney for the Southern District of Iowa and the undersigned Assistant United States Attorney, and submits a response to the Defendant's Sentencing Memorandum.

The Defendant has asked for a sentence of one day on Count 1.   A sentence of one day would undermine the seriousness of the offense of dealing in a controlled substance, particularly when the controlled substance is a prescription drug, such as oxycodone and hydrocodone. These controlled substances are renowned for their addictive and abuse potential.   It is also clear from the Defendant's actions while on supervision, that the only way to prevent her from breaking the law, is by incarceration.   *See* 18 U.S.C. § 3553(a)(2)(B) and (C).   A sentence of one day is simply not appropriate for Count 1.

It should be noted that the government is bound the plea agreement to "recommend" that the defendant receive acceptance. (Plea Agreement ¶ 13).   Still the Court should take the Defendant's post indictment conduct into consideration when deciding to vary downward.

Currently the sentence for Count 2 must be 60 months and any sentence imposed on this

count must be consecutive to the sentence imposed on Count 1.   The government will address

the sentence to be imposed on Count 2 by a separate filing.                                     .

United States of America

Marc Krickbaum
United States Attorney

By:   _____
      Richard Rothrock
      Assistant U.S. Attorney
      8 South 6th Street, Suite 348
      Council Bluffs, Iowa 51501
      Tel: 712-256-5009
      richard.rothrock@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2019, I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system.   I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:

_____U.S. Mail _____ Fax _____Hand Delivery

__X____ECF/Electronic filing      _____Other means

UNITED STATES ATTORNEY

By: /s/ms_____
        Paralegal Specialist